**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
United States Attorney

970 Broad Street, Suite 700
Newark, NJ 07102
Alexander.Bourdakos@usdoj.gov

main: (973) 297-2024
direct: (973) 645-2709

*Alexander Bourdakos*
*Assistant United States Attorney*

November 13, 2026

**BY ECF**
Honorable Claire C. Cecchi, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *Cajilema Carguachi v. Grimes, et al.*, No. 2:26-cv-14462-CCC**
**Expedited Response to ECF No. 2**

Dear Judge Cecchi:

This Office represents Respondents in the above-referenced habeas matter filed by a noncitizen challenging the legality of their detention by U.S. Immigration and Customs Enforcement ("ICE"). We respectfully write pursuant to the Court's November 6, 2026, Order, ECF No. 2, directing Respondents to file a two-page letter "identifying (1) whether Petitioner has a criminal history, (2) whether Petitioner is subject to a final order of removal, and (3) the statutory authority under which Petitioner is detained."

Petitioner was detained under 8 U.S.C. § 1226(a) and issued a Notice of Custody Determination on November 7, 2026. *See* Ex. 1 (Form I-286, Notice of Custody Determination). The November 7 Notice of Custody Determination indicated that Petitioner was to be released under bond in the amount of $7,500.00.

ICE informs this Office that on November 10, 2026, Petitioner posted the bond set by ICE and was released from custody. Ex. 2 (Form I-830). For the foregoing reasons, Respondents respectfully assert that Petitioner's detention was lawful and, given his release from custody on November 10, 2026, we respectfully request that the Court dismiss this matter as moot.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

*s/ Alexander Bourdakos*
Alexander Bourdakos
Assistant U.S. Attorney
*Attorneys for Respondents*

cc: All Counsel of Record (*via electronic filing*)

In light of Petitioner's release, the Clerk's Office is directed to close this case.

SO ORDERED

s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date: 11/16/2026